IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MICHAEL A. KITCHEN, | : | Case No. 1:22-cv-500 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| v. | : | |
| | : | |
| LUCASVILLE CORRECTIONAL INSTITUTION, et al., | : | |
| | : | |
| Defendants. | : | |

---

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 34)**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Peter B. Silvain, Jr. (Doc. 34), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **ORDERS** that all claims against Defendant Romine are **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND