UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MICHAEL ALLEN KITCHEN, | : | Case No. 1:22-cv-500 |
| Plaintiff, | : | |
| vs. | : | District Judge Matthew W. McFarland |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| LUCASVILLE CORRECTIONAL INSTITUTION, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court upon Plaintiff's request for settlement. (Doc. #32). In his letter, Plaintiff asks the Court for a settlement because he does not "see an end result, plus [he does not] see this going to [trial]." *Id.* Specifically, he asks that the Court award him $3,500,000 and that he never have to go back to "Lucasville" for the remainder of his time in prison. *Id.*

Plaintiff's request (Doc. #32) is **DENIED**, as he seeks relief that he has not shown that he is entitled to at this stage in the proceedings and relief which may not be granted by a Court.

To the extent that Plaintiff is requesting referral to mediation, Plaintiff should confer with opposing counsel and file a joint motion for referral to mediation if all parties agree.

**IT IS SO ORDERED.**

January 17, 2025

*s/Peter B. Silvain, Jr.*
PETER B. SILVAIN, JR.
UNITED STATES MAGISTRATE JUDGE